**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 16, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00234-CV**

_____

## IN RE LUCINDA GUAJARDO, INDIVIDUALLY AND AS NEXT FRIEND OF R.G., A MINOR, AND A.G., A MINOR, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
240th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-263668**

## MEMORANDUM OPINION

On March 24, 2020, relator Lucinda Guajardo, Individually and as Next Friend of R.G., a minor, and A.G., a minor filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Frank J. Fraley, presiding judge of the 240th District Court of Fort Bend County, to vacate his: (1)

ruling denying relator's motion to strike the response to relator's motion for summary judgment, and (2) order denying relator's motion for summary judgment.

Relator has failed to show she is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.